IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00703-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

USA,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Timothy Doyle Young, is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado. Originally, Mr. Young, acting *pro se*, initiated this action by filing a habeas petition in the United States District Court for the Northern District of California (Northern District of California). The Northern District of California construed the filings as a prisoner complaint and transferred the action to this Court pursuant to 28 U.S.C. § 1406(a).

    In an order entered on March 18, 2013, Magistrate Judge Boyd N. Boland instructed Mr. Young to submit his claims on a Court-approved form used in filing prisoner complaints. Mr. Young also was instructed to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his inmate trust fund account statement for the six months prior to the filing of the instant action, if he desired to proceed *in forma pauperis*. Otherwise, he was directed to pay the $350.00 filing fee prior to proceeding in this action.

    After review of Mr. Young's pleadings the Court agrees that his claims properly are asserted in a prisoner complaint. Mr. Young has failed to communicate with the

Court within the time allowed. As a result, he has failed to submit his claims on a Court-approved form used in filing prisoner complaints, and he has failed either to pay the $350.00 filing fee in full or to submit a proper 28 U.S.C. § 1915 Motion and Affidavit along with a certified trust fund account statement for the six months preceding the filing date of this action. The action, therefore, will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Young files a notice of appeal he must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. 41(b) for failure to comply with the March 18, 2013 Order and cure deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  25th  day of      April         , 2013.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2