IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00703-LTB

TIMOTHY DOYLE YOUNG,

     Plaintiff,

v.

USA,

     Defendant.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on April 25, 2013, it is hereby

     ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

     DATED at Denver, Colorado, this 25 day of April, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/  S. Grimm
                       Deputy Clerk